UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs -<br><br>JEROME ROBERTS,<br><br>Defendant. | Criminal No. 19-134 (FLW)<br><br>**DEFENDANT JEROME ROBERTS'**<br>**NOTICE OF SENTENCING SUBMISSION** |

PLEASE TAKE NOTICE that Defendant Jerome Roberts, through his attorneys, Hartmann Doherty Rosa Berman & Bulbulia, LLC (Mark A. Berman, Esq., appearing), has submitted sentencing materials to the Court in this case.

Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t) (201) 441-9056
e) mberman@hdrbb.com

*Attorneys for Defendant*

Dated: January 6, 2023